AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Crary

                                         **JUDGMENT IN A CIVIL CASE**

                v.

Frakes

                             CASE NUMBER: CV-07-5015-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Court Adopts the Report and Recommendation. The complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

10/04/07                                                  JAMES R. LARSEN
*Date*                                                       *Clerk*
                                                           s/ Vikki Johnson
                                                           *(By) Deputy Clerk*
                                                           Vikki Johnson